IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE OF GERALD T. DISHNEAU, and LINDA DISHNEAU, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALD T. DISHNEAU.,<br><br>    Defendants. | Case No. C19-709<br><br>**COMPLAINT** |

The United States of America complains and alleges as follows:

1. This is a civil action brought by the United States of America to reduce to judgment the outstanding federal tax liabilities and civil penalties assessed

Complaint
(Case No. C19-709)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

against Gerald T. Dishneau, Sr. (hereinafter "Gerald T. Dishneau") who is deceased.

## JURISDICTION AND VENUE

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. § 7401.

3. This Court has jurisdiction over this action pursuant to 26 U.S.C. §7402, and 28 U.S.C. §§ 1340 and 1345.

4. Venue is proper in the Western District of Washington under 28 U.S.C. §§ 1391(b)(1) and 1396, because defendant Gerald T. Dishneau lived in the Western District of Washington before he passed away, Linda Disneau currently lives there, and the property transferred is located within this judicial district.

## DEFENDANTS

5. Defendant Gerald T. Dishneau resided in Snohomish, WA. He passed away on or around September 30, 2009. The Estate of Gerald T. Dishneau is made a party to this suit because he has unpaid federal income tax assessments and, before he passed away, had an ownership interest in the subject property.

6. Defendant Linda Dishneau is made a party to this suit because she is the court-appointed personal representative of the Estate of Gerald T. Dishneau.

Complaint
(Case No. C19-709)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

7. Gerald T. Dishneau and Linda Dishneau were a married couple, who married sometime before April 8, 1999, and remained married until Gerald T. Dishneau passed away on September 30, 2009.

## TAX LIABILITIES

8. The United States reasserts the allegations made in paragraphs 1 through 7, as fully set forth herein.

9. On the dates, and for the amounts set forth below, a duly authorized delegate of the Secretary of the Treasury made assessments against Gerald T. Dishneau, individually, as follows:

| Type of Tax | Tax Period[1] | Assessment Date | Type of Tax and Amount [2] | | Unpaid Balance As Of May 31, 2019[3] |
|---|---|---|---|---|---|
| 941 | Q1 2002 | 8-17-2009 | T | $4820.17 | $14,903.65 |
| | | 8-17-2009 | P1 | $1,084.54 | |
| | | 8-17-2009 | P4 | $482.02 | |
| | | 8-17-2009 | P2 | $1,205.04 | |
| | | 8-17-2009 | I | $3,221.02 | |
| | | 9-21-2009 | P4 | $241.01 | |
| 941 | Q2 2002 | 8-24-2009 | T | $4,427.78 | $25,483.26 |
| | | 8-24-2009 | P1 | $996.25 | |
| | | 8-24-2009 | P4 | $442.78 | |
| | | 8-24-2009 | P2 | $1,106.94 | |
| | | 8-24-2009 | I | $2,839.37 | |

---

[1] "Q1" stands for the quarterly tax period ending March 31 of the relevant year. "Q2" stands for the quarterly tax period ending June 30 of the relevant year. "Q3" stands for the quarterly tax period ending September 30 of the relevant year. "Q4" stands for the quarterly tax period ending December 31 of the relevant year. If no quarter is specified, the tax period at issue is a yearly tax period.

[2] F—fees and collection costs; P1—late return filing penalty, 26 U.S.C. §6651(a)(1); P2—failure to timely pay tax penalty, 26 U.S.C. § 6651(a)(2) & (a)(3); P3—estimated tax penalty; P4—Federal Tax Deposit Penalty, 26 U.S.C. § 6656; P5—accuracy related penalty, 26 U.S.C. § 6662; I—interest assessed; T—tax assessed

[3] Includes accrued but unassessed interest, applied credits, and abatements as of this date.

Complaint
(Case No. C19-709)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | | | | |
|---|---|---|---|---|---|
| | | 9-28-2009 | P4 | $221.39 | |
| | | 10-12-2009 | P1 | $1,147.23 | |
| | | 10-12-2009 | P4 | $764.82 | |
| | | 10-12-2009 | T | $5,098.80 | |
| | | 10-11-2010 | P2 | $611.86 | |
| 941 | Q3 2002 | 8-17-2009 | T | $5,258.74 | $27,766.45 |
| | | 8-17-2009 | P1 | $1,183.22 | |
| | | 8-17-2009 | P4 | $525.87 | |
| | | 8-17-2009 | P2 | $1,314.68 | |
| | | 8-17-2009 | I | $3,217.48 | |
| | | 9-21-2009 | P4 | $262.94 | |
| | | 10-12-2009 | P1 | $1,147.23 | |
| | | 10-12-2009 | P4 | $764.82 | |
| | | 10-12-2009 | T | $5,098.80 | |
| | | 10-11-2010 | P2 | $611.86 | |
| 941 | Q4 2002 | 6-29-2009 | P4 | $764.82 | $16,412.88 |
| | | 6-29-2009 | P1 | $1,147.23 | |
| | | 6-29-2009 | T | $5,098.80 | |
| | | 6-29-2009 | P2 | $1,274.70 | |
| | | 6-29-2009 | I | $2,937.41 | |
| | | 8-10-2009 | F | $170.00 | |
| 941 | Q1 2003 | 6-29-2009 | P4 | $438.48 | $13,451.30 |
| | | 6-29-2009 | P1 | $986.58 | |
| | | 6-29-2009 | T | $4,886.48 | |
| | | 6-29-2009 | P2 | $1,221.62 | |
| | | 6-29-2009 | I | $2,708.50 | |
| | | 6-29-2009 | P1 | $112.88 | |
| | | 6-29-2009 | P4 | $294.50 | |
| 941 | Q2 2003 | 6-29-2009 | P4 | $523.45 | $15,867.98 |
| | | 6-29-2009 | P1 | $1,099.46 | |
| | | 6-29-2009 | T | $4,886.48 | |
| | | 6-29-2009 | P2 | $1,221.62 | |
| | | 6-29-2009 | I | $2,599.62 | |
| | | 8-17-2009 | P1 | $78.29 | |
| | | 6-29-2009 | P4 | $209.53 | |
| | | 8-17-2009 | T | $347.98 | |
| | | 8-17-2009 | I | $244.03 | |
| | | 10-11-2010 | P2 | $45.24 | |
| 941 | Q3 2003 | 6-29-2009 | P4 | $523.73 | $15,721.55 |
| | | 6-29-2009 | P1 | $1,099.46 | |
| | | 6-29-2009 | T | $4,886.48 | |
| | | 6-29-2009 | P2 | $1,221.62 | |
| | | 6-29-2009 | I | $2,499.29 | |
| | | 8-17-2009 | P1 | $78.93 | |

Complaint
(Case No. C19-709)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

|     |         |            |    |            |             |
|-----|---------|------------|----|------------|-------------|
|     |         | 6-29-2009  | P4 | $209.25    |             |
|     |         | 8-17-2009  | T  | $350.83    |             |
|     |         | 8-17-2009  | I  | $237.78    |             |
|     |         | 10-11-2010 | P2 | $45.61     |             |
| 941 | Q4 2003 | 6-29-2009  | P4 | $470.05    | $14,011.81  |
|     |         | 6-29-2009  | P1 | $1,057.60  |             |
|     |         | 6-29-2009  | T  | $4,886.48  |             |
|     |         | 6-29-2009  | P2 | $1,221.62  |             |
|     |         | 6-29-2009  | I  | $2,414.27  |             |
|     |         | 6-29-2009  | P1 | $41.86     |             |
|     |         | 6-29-2009  | P4 | $262.93    |             |
| 941 | Q1 2004 | 6-29-2009  | P4 | $489.79    | $14,715.24  |
|     |         | 6-29-2009  | P1 | $1,102.03  |             |
|     |         | 6-29-2009  | T  | $5,075.48  |             |
|     |         | 6-29-2009  | P2 | $1,268.87  |             |
|     |         | 6-29-2009  | I  | $2,415.16  |             |
|     |         | 6-29-2009  | P1 | $39.95     |             |
|     |         | 6-29-2009  | P4 | $271.54    |             |
| 941 | Q2 2004 | 6-29-2009  | P4 | $527.13    | $15,412.41  |
|     |         | 6-29-2009  | P1 | $1,141.98  |             |
|     |         | 6-29-2009  | T  | $5,075.48  |             |
|     |         | 6-29-2009  | P2 | $1,268.87  |             |
|     |         | 6-29-2009  | I  | $2,314.58  |             |
|     |         | 8-17-2009  | P1 | $44.07     |             |
|     |         | 6-29-2009  | P4 | $234.20    |             |
|     |         | 8-17-2009  | T  | $195.86    |             |
|     |         | 8-17-2009  | I  | $146.66    |             |
|     |         | 10-11-2010 | P2 | $25.46     |             |
| 941 | Q3 2004 | 6-29-2009  | P4 | $498.78    | $14,463.91  |
|     |         | 6-29-2009  | P1 | $1,122.24  |             |
|     |         | 6-29-2009  | T  | $5,075.48  |             |
|     |         | 6-29-2009  | P2 | $1,268.87  |             |
|     |         | 6-29-2009  | I  | $2,222.07  |             |
|     |         | 6-29-2009  | P1 | $19.74     |             |
|     |         | 6-29-2009  | P4 | $262.55    |             |
| 941 | Q4 2004 | 6-29-2009  | P4 | $498.74    | $14,313.52  |
|     |         | 6-29-2009  | P1 | $1,122.16  |             |
|     |         | 6-29-2009  | T  | $5,075.48  |             |
|     |         | 6-29-2009  | P2 | $1,268.87  |             |
|     |         | 6-29-2009  | I  | $2,116.57  |             |
|     |         | 6-29-2009  | P1 | $19.82     |             |
|     |         | 6-29-2009  | P4 | $262.59    |             |
|     |         | 8-17-2009  | I  | $16.78     |             |
| 941 | Q1 2006 | 6-29-2009  | P4 | $332.34    | $8,930.03   |

Complaint
(Case No. C19-709)

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | | | | |
|---|---|---|---|---|---|
| | | 6-29-2009 | P1 | $747.76 | |
| | | 6-29-2009 | T | $3,861.45 | |
| | | 6-29-2009 | P2 | $733.68 | |
| | | 6-29-2009 | I | $1,129.76 | |
| | | 6-29-2009 | P1 | $121.07 | |
| | | 6-29-2009 | P4 | $246.89 | |
| | | 10-11-2009 | P1 | $166.17 | |
| 941 | Q2 2006 | 6-29-2009 | P4 | $416.11 | $10,992.18 |
| | | 6-29-2009 | P1 | $868.83 | |
| | | 6-29-2009 | T | $3,861.45 | |
| | | 6-29-2009 | P2 | $675.75 | |
| | | 6-29-2009 | I | $1,022.39 | |
| | | 8-17-2009 | P1 | $67.40 | |
| | | 6-29-2009 | P4 | $163.12 | |
| | | 8-17-2009 | T | $299.61 | |
| | | 8-17-2009 | P2 | $38.61 | |
| | | 8-17-2009 | I | $118.58 | |
| | | 10-11-2010 | P2 | $289.95 | |
| 941 | Q3 2006 | 6-29-2009 | P4 | $373.48 | $9,717.72 |
| | | 6-29-2009 | P1 | $840.33 | |
| | | 6-29-2009 | T | $3,861.45 | |
| | | 6-29-2009 | P2 | $617.83 | |
| | | 6-29-2009 | I | $907.56 | |
| | | 6-29-2009 | P1 | $28.50 | |
| | | 6-29-2009 | P4 | $205.75 | |
| | | 8-17-2009 | P2 | $17.09 | |
| | | 8-17-2009 | I | $4.95 | |
| | | 10-11-2010 | P2 | $298.79 | |
| 941 | Q4 2006 | 6-29-2009 | P4 | $422.76 | $10,797.24 |
| | | 6-29-2009 | P1 | $868.83 | |
| | | 6-29-2009 | T | $3,861.45 | |
| | | 6-29-2009 | P2 | $559.91 | |
| | | 6-29-2009 | I | $795.04 | |
| | | 8-17-2009 | P1 | $82.36 | |
| | | 6-29-2009 | P4 | $156.47 | |
| | | 8-17-2009 | T | $366.10 | |
| | | 8-17-2009 | P2 | $38.61 | |
| | | 8-17-2009 | I | $113.23 | |
| | | 10-11-2010 | P2 | $414.43 | |
| 941 | Q1 2007 | 8-17-2009 | T | $3,350.24 | $8,668.76 |
| | | 8-17-2009 | P1 | $753.80 | |
| | | 8-17-2009 | P4 | $335.02 | |
| | | 8-17-2009 | P2 | $469.03 | |
| | | 8-17-2009 | I | $622.49 | |

Complaint
(Case No. C19-709)

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 9-21-2009 | P4 | $167.51 |   |
|   |   | 10-11-2010 | P2 | $368.53 |   |
| 941 | Q2 2007 | 11-3-2008 | T | $3,710.86 | $8,936.82 |
|   |   | 11-3-2008 | P1 | $834.94 |   |
|   |   | 11-3-2008 | P2 | $296.87 |   |
|   |   | 11-3-2008 | I | $398.30 |   |
|   |   | 2-2-2009 | F | $130.00 |   |
|   |   | 5-29-2017 | F | $292.00 |   |
| 941 | Q3 2007 | 8-17-2009 | T | $4,127.55 | $10,235.86 |
|   |   | 8-17-2009 | P1 | $928.70 |   |
|   |   | 8-17-2009 | P4 | $412.75 |   |
|   |   | 8-17-2009 | P2 | $454.03 |   |
|   |   | 8-17-2009 | I | $536.78 |   |
|   |   | 9-21-2009 | P4 | $206.38 |   |
|   |   | 10-11-2010 | P2 | $288.93 |   |
| 941 | Q4 2007 | 8-17-2009 | T | $4,682.26 | $11,407.29 |
|   |   | 8-17-2009 | P1 | $1,053.51 |   |
|   |   | 8-17-2009 | P4 | $468.22 |   |
|   |   | 8-17-2009 | P2 | $444.81 |   |
|   |   | 8-17-2009 | I | $487.67 |   |
|   |   | 9-21-2009 | P4 | $234.11 |   |
|   |   | 10-11-2010 | P2 | $327.76 |   |
| 941 | Q1 2008 | 5-18-2009 | T | $3,343.62 | $8,307.22 |
|   |   | 5-18-2009 | P1 | $752.31 |   |
|   |   | 5-18-2009 | P4 | $334.36 |   |
|   |   | 5-18-2009 | P2 | $217.34 |   |
|   |   | 5-18-2009 | I | $232.61 |   |
|   |   | 6-22-2009 | P4 | $167.18 |   |
|   |   | 7-13-2009 | F | $130.00 |   |
|   |   | 10-11-2010 | P2 | $534.97 |   |
| 941 | Q2 2008 | 5-18-2009 | T | $3,404.53 | $8,155.17 |
|   |   | 5-18-2009 | P1 | $766.02 |   |
|   |   | 5-18-2009 | P4 | $340.45 |   |
|   |   | 5-18-2009 | P2 | $170.23 |   |
|   |   | 5-18-2009 | I | $174.56 |   |
|   |   | 6-22-2009 | P4 | $170.23 |   |
|   |   | 10-11-2010 | P2 | $544.72 |   |
| 941 | Q3 2008 | 5-18-2009 | T | $2,774.74 | $6,559.69 |
|   |   | 5-18-2009 | P1 | $624.32 |   |
|   |   | 5-18-2009 | P4 | $277.47 |   |
|   |   | 5-18-2009 | P2 | $97.12 |   |
|   |   | 5-18-2009 | I | $95.08 |   |
|   |   | 6-22-2009 | P4 | $138.74 |   |
|   |   | 10-11-2010 | P2 | $443.95 |   |

Complaint
(Case No. C19-709)

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | | | | |
|---|---|---|---|---|---|
| 941 | Q4 2008 | 5-18-2009<br>5-18-2009<br>5-18-2009<br>5-18-2009<br>10-11-2010 | T<br>P1<br>P2<br>I<br>P2 | $2,397.34<br>$34.02<br>$11.34<br>$6.56<br>$124.72 | $1,392.82 |
| 940 | 2002 | 8-10-2009<br>8-10-2009<br>8-10-2009<br>8-10-2009<br>8-31-2009<br>8-31-2009<br>8-31-2009<br>8-31-2009<br>10-11-2010 | T<br>P1<br>P2<br>I<br>P1<br>P4<br>T<br>I<br>P2 | $304.10<br>$68.42<br>$76.02<br>$177.74<br>$634.06<br>$422.70<br>$2,818.02<br>$1,660.08<br>$352.25 | $9,649.70 |
| 940 | 2003 | 6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009 | P4<br>P1<br>T<br>P2<br>I<br>P1 | $302.76<br>$100.00<br>$2,018.41<br>$504.60<br>$997.25<br>$354.14 | $755.83 |
| 940 | 2004 | 6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>10-12-2009 | P4<br>P1<br>T<br>P2<br>I<br>P1<br>F | $318.84<br>$100.00<br>$2,125.61<br>$531.40<br>$886.41<br>$378.26<br>$124.00 | $901.29 |
| 940 | 2005 | 7-20-2009<br>7-20-2009<br>7-20-2009<br>7-20-2009<br>7-20-2009<br>10-11-2010 | T<br>P1<br>P2<br>I<br>P1<br>P2 | $4,017.10<br>$58.11<br>$843.59<br>$1,294.52<br>$845.74<br>$7.75 | $666.71 |
| 940 | 2006 | 6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>6-29-2009<br>9-7-2009<br>10-11-2010 | P4<br>P1<br>T<br>P2<br>I<br>P1<br>F<br>P2 | $440.84<br>$100.00<br>$2,938.86<br>$426.13<br>$605.09<br>$561.24<br>$170.00<br>$36.02 | $1,183.44 |
| 940 | 2007 | 7-27-2009<br>7-27-2009<br>7-27-2009 | T<br>P1<br>P2 | $1,783.12<br>$80.36<br>$160.48 | $793.71 |

Complaint
(Case No. C19-709)

8

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

|   |   | 7-27-2009 | I  | $180.27 |   |
|---|---|---|---|---|---|
|   |   | 7-27-2009 | P1 | $230.84 |   |
|   |   | 10-11-2010 | P2 | $23.21 |   |
| 940 | 2008 | 7-20-2009 | T  | $3,176.81 | $7,071.52 |
|   |   | 7-20-2009 | P1 | $571.83 |   |
|   |   | 7-20-2009 | P4 | $317.68 |   |
|   |   | 7-20-2009 | P2 | $79.42 |   |
|   |   | 7-20-2009 | I  | $57.32 |   |
|   |   | 8-24-2009 | P4 | $158.84 |   |
|   |   | 10-11-2010 | P2 | $238.26 |   |
| **TOTAL** |   |   |   |   | $327,646.96 |

10. On February 11, 2009, the IRS received a Collection Due Process hearing request from Mr. Gerald T. Dishneau, related to the Q2 2007 tax period. On June 12, 2012, 1,217 days later, the Office of Appeals issued a notice of determination sustaining the proposed levy action in the face of the CDP request, for the second quarter of 2007.

11. The IRS collection statute for the Q2 2007 tax period was tolled during the period described in paragraph 16.

12. The period for collection of the assessments described in paragraph 9, above, has not expired, and this action is not barred by 26 U.S.C. § 6502.

13. Gerald T. Dishneau failed to pay in full the above liabilities despite notice and demand for payment. Pursuant to 26 U.S.C. § 6321, statutory liens arose against all property and rights to property owned by Gerald T. Dishneau at the time of the assessments.

14. Despite timely notice and demand for payment of the assessments described above, Gerald T. Dishneau neglected or refused to make payment to the United States and there remains due and owing on those assessments,

Complaint
(Case No. C19-709)

9

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

together with accrued but unassessed statutory interest and other additions, the amount of $327,646.96 as of May 31, 2019, plus statutory interest and accruals after that date.

### GERALD T. DISHNEAU'S DEATH AND THE IRS'S ATTEMPTS TO COLLECT FROM HIS ESTATE

15. The United States reasserts the allegations set forth in paragraphs 1 through 14, as set forth fully herein.

16. As explained earlier, Gerald T. Dishneau passed away on September 30, 2009.

17. Gerald T. Dishneau's will named Linda Dishneau as the personal representative of his estate, and passed his entire estate to her.

18. On November 13, 2009, the Internal Revenue Service hand delivered a Form 10492 (Notice of Federal Taxes Due) to Linda Dishneau as personal representative of the estate of Gerald T. Dishneau

19. Linda Dishneau filed a petition for probate of will, letters testamentary, and nonintervention powers with the Snohomish County Superior Court on March 23, 2010.

20. On April 8, 2010, the Snohomish County Superior Court issued an order admitting the will to probate, appointing Linda Dishneau as personal representative to serve without bond and with nonintervention powers, and directing letters testamentary to be issued to Linda Dishneau

Complaint
(Case No. C19-709)

10

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

21. On July 6, 2010, the Service sent notice and demand for payment to Linda Dishneau and Tom Kruse, the attorney representing her in the probate proceeding.

22. On August 25, 2010, the Internal Revenue Service filed a proof of claim in the probate proceeding asserting $265,490.84 in unpaid taxes due from the Estate.

23. On August 19, 2015, the probate case was closed by a clerk's order.

24. No payment was made with respect to the claim for unpaid taxes made by the Internal Revenue Service.

25. The IRS has recorded Notices of Federal Tax Liens ("NFTLs") in Snohomish County, naming Gerald T. Dishneau and listing the liabilities described in paragraph 9, above, on January 16, 2009, June 29, 2009, July 21, 2009, August 4, 2009, August 18, 2009, September 24, 2009. Two additional notices were filed on April 17, 2019.

26. The IRS later recorded NFTLs related to those same liabilities that named Linda Dishneau as transferee of Gerald Dishneau.

**COUNT I: REDUCE TO JUDGMENT FEDERAL TAX AND PENALTY ASSESSMENTS AGAINST THE ESTATE OF GERALD T. DISHNEAU, AND LINDA DISHNEAU AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALD T. DISHNEAU**

27. The United States reasserts the allegations set forth in paragraphs 1 through 26, as set forth fully herein.

28. On the dates, in the amounts, and for the tax periods set forth in paragraph 9, above, a duly authorized delegate of the Secretary of the Treasury made

assessments against Defendant Gerald T. Dishneau (now deceased), for unpaid federal income taxes, penalties, and interest.

29. On September 30, 2009, Gerald T. Dishneau, passed away.

30. Linda Dishneau is the personal representative of the Estate of Gerald T. Dishneau

31. Despite timely notice and demand for payment of the assessments described above, both Gerald T. Dishneau, and Linda Dishneau as personal representative of the Estate of Gerald T. Dishneau, have neglected, refused, or failed to pay the assessments and there remains due and owing to the United States on those assessments the amount of $327,646.96 as of May 31, 2019, plus statutory interest and accruals after that date.

32. Under 26 U.S.C. § 7402(a), the United States is entitled to a judgment against the Estate of Gerald T. Dishneau, and Linda Dishneau as personal representative of the Estate of Gerald T. Dishneau, for the unpaid balance of the assessed amounts described above, plus statutory interest and any other deductions accruing to the date of payment.

WHEREFORE, the United States prays as follows:

a. That judgment be entered against Defendants the Estate of Gerald T. Dishneau, and Linda Dishneau as personal representative of the Estate of Gerald T. Dishneau, for unpaid federal income taxes and penalties for the tax periods set forth in paragraph 9, in the amount of $327,646.96 as of May 31, 2019, plus statutory interest and accruals after that date.

Complaint
(Case No. C19-709)

12

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

a. That the United States be granted such other relief as the court deems just and proper, including fees and costs as allowed by law.

Dated this 13th day of May, 2019.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:   (202) 616-3395 (Cerling
Facsimile:    (202) 307-0054
dylan.c.cerling@usdoj.gov

Of Counsel:
BRIAN MORAN
U.S. Attorney, Western District of Washington

*Attorneys for the United States*

Complaint
(Case No. C19-709)

13

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
The United States of America

### DEFENDANTS
Estate of Gerald T. Dishneau, Linda Dishneau as personal representative of the Estate of Gerald T. Dishneau and as transferee of Gerald T. Dishneau

(b) County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Snohomish
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Dylan Cerling, U.S. Department of Justice, Tax Division, PO Box 683, Washington, DC 20044, 202-616-3395

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7402

Brief description of cause:
Reduce liabilities to judgment, find transferee liability

### VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 327,646.96

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 5-13-2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: